UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:04-cr-337-T-23TBM

YANUS KALULE
_____/

**ORDER**

On September 22, 2006, the United States Probation Office filed a September 19, 2006, petition for revocation of the defendant's supervised release (Doc. 4).[*] At the hearing on November 29, 2006, Assistant Federal Public Defender Laurel F. Moore, represented the defendant and Assistant United States Attorney Arthur Lee Bentley, III, represented the United States.

The defendant admits committing the three violations described in numbered paragraphs one through three of the petition. Accordingly, the court adjudges the defendant guilty of violating the terms of his supervised release. In consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission, the defendant's term of supervised release is **REVOKED**. The defendant is sentenced to three (3) months of imprisonment with no supervised release to follow.

---

[*] The defendant having pled guilty to count twenty-four of the superseding indictment, Chief Judge Consuelo B. Marshall of the United States District Court for the Central District of California imposed on July 1, 2002, a sentence of twelve months of imprisonment and three years of supervised release. On January 17, 2006, pursuant to the United States Probation Office's request for modification, the term of supervision was extended by one year (Doc. 3).

The defendant is remanded to the custody of the United States Marshal to await designation and incarceration by the Bureau of Prisons.

ORDERED in Tampa, Florida, on November 29, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Steven D. Merryday
　　　　　　　　　　　　　　　　　　　　　　　　　　STEVEN D. MERRYDAY
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc:　　United States Marshal
　　　　United States Probation
　　　　Counsel of Record